NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Steven R. Berardino, Esq. [SBN 075820]
Michelle Cooper, Esq. [093668]
Molino & Berardino, APLC
4751 Wilshire Boulevard, Suite 207
Los Angeles, CA 90010-3838

ATTORNEY(S) FOR:  Defendants

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

W. Paul Simmons

Plaintiff(s),

v.

Don Hankey; Hankey Group; Hankey Investment
Co., LP; Westlake Services, LLC

Defendant(s)

CASE NUMBER:

CV 16-06125-ODW (JEMx)

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ Defendants _____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
| --- | --- |
| Don Hankey | Defendant |
| Hankey Group | Defendant |
| Hankey Investment Company, LP | Defendant |
| Westlake Services, LLC | Defendant |
| Westlake Services Holding Company | Parent Corporation of Westlake Services, LLC |
| MAI Holding, LLC | Owner of in excess of 10% of Westlake Services, LLC |

September 30, 2016
Date

s/Michelle Cooper
Signature

Attorney of record for (or name of party appearing in pro per):

Defendants

CV-30 (05/13)                **NOTICE OF INTERESTED PARTIES**

## PROOF OF SERVICE (F.R.C.P. 5 (b) (2) (C))

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I, Beverly Langworthy, am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action, my business address is 4751 Wilshire Boulevard, Suite 207, Los Angeles, California 90010.

On September 30, 2016 I served the within **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** on interested parties:

X  Electronically, pursuant to the CM/ECF system consent to electronic service through the court's transmission facilities.  The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record listed herein who are registered with the Court's CM/ECF System.

Dow W. Patten, Esq.
Smith Patten
888 S. Figueroa Street, Suite 2030
Los Angeles, California 90017
dow@smithpatten.com

  X   [Federal] I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct under the law of the United States of America.  Executed this 30th day of September 2016 Los Angeles, California.

_____
Beverly Langworthy

2
CERTIFICATION AND NOTICE OF INTERESTED PARTIES