JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| W. PAUL SIMMONS, an individual, | ) **Case No.**: CV 16-06125-ODW (JEMx) |
| Plaintiff, | ) **ORDER ON STIPULATED** |
| | ) **REQUEST FOR DISMISSAL** |
| v. | ) |
| DON HANKEY, an individual, HANKEY GROUP, an unincorporated association; HANKEY INVESTMENT COMPANY, LP, a California Limited Partnership, individually and as member of HANKEY GROUP; WESTLAKE SERVICES, LLC, d/b/a WESTLAKE FINANCIAL SERVICES, LLC, a California Limited Liability Company, individually and as member of HANKEY GROUP; and DOES 1-50, inclusive | ) **Complaint Filed**: August 16, 2016 |
| Defendants. | ) |

## **ORDER**

Based upon the Stipulation of the parties, this matter is hereby DISMISSED in its entirety with prejudice, each side to bear their own costs and fees.

SO ORDERED, this 18th day of December, 2018

_____
Otis D. Wright
United States District Judge